IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| PARKER MALMSTROM and CRYSTAL MALMSTROM, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF UTAH DEPARTMENT OF CHILDREN AND FAMILIES, et al., <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [109] REPORT AND RECOMMENDATION** <br><br> Case No. 1:17-cv-80-DN-EJF <br><br> District Judge David Nuffer <br><br> Magistrate Judge Evelyn J. Furse |

The Report and Recommendation[1] issued by United States Magistrate Judge Evelyn J. Furse on February 5, 2018 recommends[2] that Plaintiff Crystal Malmstrom's claims[3] against Defendant Jacob Smith be dismissed for failure to state a claim.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[4] As Plaintiffs were mailed a copy of the Report and Recommendation, they were provided an additional three days to file their objection under Fed. R. Civ. P. 6(d).

---

[1] Report and Recommendation: Jacob Smith's Motion to Dismiss (ECF No. 46), docket no. 109, filed February 5, 2018.

[2] Report and Recommendation at 7.

[3] Pro se Plaintiff Parker Malmstrom filed his Complaint on May 16, 2017. *See* Complaint, docket no. 1, filed May 17, 2017. He then filed an Amended Complaint on May 16, 2017. *See* Amended Complaint, docket no. 3, filed May 23, 2017. The Amended Complaint joined his mother, Crystal Malmstrom, as a Plaintiff. *See Id.* At Oral Argument, Crystal Malmstrom clarified that she is only bringing claims against Defendant Jacob Smith. *See* Minute Order, Proceedings held before Magistrate Judge Evelyn J. Furse: Motion Hearing, docket no. 88, filed September 12, 2017

[4] Report and Recommendation at 7–8.

Because no party filed a timely written objection to the Report and Recommendation as provided by court rules,[5] and because the analysis and conclusion of the Magistrate Judge are sound, the Report and Recommendation[6] is adopted in its entirety.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[7] is ADOPTED and Defendant Jacob Smith's Motion to Dismiss is GRANTED. Plaintiff Crystal Malmstrom's claims against Jacob Smith are dismissed without prejudice for failure to state a claim. Because the claims against all other defendants have been dismissed with prejudice by other orders,[8] upon the entry of this order, *all* claims in Plaintiffs' complaint have been dismissed without prejudice. The clerk is directed to close the case.

Signed March 6, 2018.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[5] *See* 28 U.S.C. § 636 and Fed. R. Civ. P. 72

[6] Report and Recommendation: Jacob Smith's Motion to Dismiss (ECF No. 46), docket no. 109, filed February 5, 2018.

[7] Report and Recommendation: Jacob Smith's Motion to Dismiss (ECF No. 46), docket no. 109, filed February 5, 2018.

[8] *See* Memorandum Decision and Order Adopting [102] Report and Recommendation, docket no. 111, filed February 7, 2018; Memorandum Decision and Order Adopting [103] Report and Recommendation, docket no. 112, filed February 7, 2018; Memorandum Decision and Order Adopting [104] Report and Recommendation, docket no. 113, filed February 7, 2018; and Memorandum Decision and Order Adopting [105] Report and Recommendation, docket no. 114, filed February 7, 2018.